■ In the Matter of JAMES GOOLSBY, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [979 NYS2d 550]—

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of AARON HAND, Appellant, v GERALD GARDNER, as Hearing Officer, Respondent. [979 NYS2d 550]—

Judgment affirmed. No opinion.

Peters, P.J., Rose, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.